In the Matter of Adoption of A MALE CHILD, Born May 10, 1969

NO. 5742

DECEMBER 24, 1975

RICHARDSON, C.J., KOBAYASHI,
OGATA, MENOR AND KIDWELL, JJ.

*Per Curiam*. This is an appeal from a decree of adoption and the award of attorneys' fees to the appellee. The decree of adoption is set aside and the cause is remanded for a new hearing in the light of *Willmott v. Decker*, 56 Haw. 462, 541 P.2d 13 (1975). *See also Stanley v. Illinois*, 405 U.S. 645 (1972); *Miller v. Miller*, 504 F.2d 1067 (9th Cir. 1974).

Attorneys' fees may not ordinarily be awarded as damages or costs in the absence of statute, stipulation or agreement. *Salvador v. Popaa*, 56 Haw. 111, 530 P.2d 7 (1974). Rule 87 (e) of the Hawaii Family Court Rules, adopted by the Board of Family Court Judges,[1] does not provide the requisite authority for its allowance in this case.[2]

*Ian L. Mattoch, (Mattoch, Kemper & Brown*, of counsel) for appellant.

*Helen B. Ryan, (Ryan & Ryan*, of counsel) for petitioner-appellee.

---

[1] See HRS § 571-5.

[2] Compare, HRS § 580-9; HRS § 583-7(g), -8(c), -15(b).